**No. 09-1180. James Dickey, Petitioner v. James Warren.**

560 U.S. 926, 130 S. Ct. 3333, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4304.

May 24, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 75 Mass. App. 585, 915 N.E.2d 584.

**No. 09-1181. Richard John Florance, Jr., Petitioner v. United States.**

560 U.S. 926, 130 S. Ct. 3333, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4339.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-1189. Satya Wati, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 926, 130 S. Ct. 3333, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4344.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 364 Fed. Appx. 332.

**No. 09-1203. Raymond Frantz, Petitioner v. William J. Gress, et al.**

560 U.S. 926, 130 S. Ct. 3333, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4251.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 359 Fed. Appx. 301.

**No. 09-1236. Michael Frederick Siegel, Petitioner v. Securities and Exchange Commission.**

560 U.S. 926, 130 S. Ct. 3333, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4340.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 94, 592 F.3d 147.

**No. 09-1239. Gerald E. Juels, Petitioner v. United States Postal Service.**

560 U.S. 926, 130 S. Ct. 3350, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4294,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 347 Fed. Appx. 597.

**No. 09-1241. Solomon and Solomon, P.C., et al., Petitioners v. Janet Ellis.**

560 U.S. 926, 130 S. Ct. 3333, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4323.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 591 F.3d 130.